AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Organizational Defendants) |
| [4] American Management and Administration Corporation | CASE NUMBER:  3:23-cr-00148-CVR-004 |
| | Osvaldo Carlo-Linares, Esq. |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s)  **One (1) of the Information, plea entered on 04/13/2023.**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:666(a)(1)(A) | Theft of Federal Funds | 8/30/2022 | One (1) |

The defendant organization is sentenced as provided in pages 2 through **6** of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  **660521493**

Defendant Organization's Principal Business Address:

**55 Calle Gambia**
**Urb. Caribe**
**Río Piedras, PR 00926**

7/11/2023
Date of Imposition of Judgment

*s/Camille L. Vélez-Rivé*
Signature of Judge

Camille L. Vélez-Rivé      U.S. District Judge
Name of Judge      Title of Judge

7/13/2023
Date

Defendant Organization's Mailing Address:

**55 Calle Gambia**
**Urb. Caribe**
**Río Piedras, PR 00926**

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page  2  of  6

DEFENDANT ORGANIZATION:  [4] American Management and Administration Corporation
CASE NUMBER:  3:23-cr-00148-CVR-004

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

**Three (3) years to be served under the following Standard and Additional Probation Conditions/Terms.**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

1. **The Organization shall not commit another Federal, state, or local crime, and shall observe the standard conditions of probation recommended by the United States Sentencing Commission and adopted by this Court.**

2. **The organization shall make periodic submissions to the court or probation officer, at intervals specified by the court, (A) reporting on the organization's financial condition and results of business operations, and accounting for the disposition of all funds received, and (B) reporting on the organization's progress in implementing the program referred to in paragraph (1). Among other things, reports under subparagraph (B) shall disclose any criminal prosecution, civil litigation, or administrative proceeding commenced against the organization, or any investigation or formal inquiry by governmental authorities of which the organization learned since its last report.**

(Continued on page 3.)

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2A — Probation

|   |   |
|---|---|
| DEFENDANT ORGANIZATION: [4] American Management and Administration Corporation | Judgment—Page  3  of  6 |
| CASE NUMBER: 3:23-cr-00148-CVR-004 | |

# ADDITIONAL PROBATION TERMS

3. **The organization shall notify the court or probation officer immediately upon learning of (A)** any material adverse change in its business or financial condition or prospects, or **(B)** the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

4. **The organization shall submit to: (A)** a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and **(B)** interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: [4] American Management and Administration Corporation       Judgment — Page **4** of **6**
CASE NUMBER: 3:23-cr-00148-CVR-004

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|         | **Assessment** | **Fine** | **Restitution** |
|---------|----------------|----------|-----------------|
| TOTALS  | $ 400.00       | $ 0.00   | $ 3,712,000.00  |

*To be paid jointly and severally with all co-defendants in this case.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee**          | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|----------------------------|-----------------|-------------------------|----------------------------|
| United States of America   |                 | $3,712,000.00           |                            |
|                            |                 |                         |                            |
|                            |                 |                         |                            |
|                            |                 |                         |                            |
|                            |                 |                         |                            |
|                            |                 |                         |                            |
| TOTALS                     | $               | $ 3,712,000.00          |                            |

☑ Restitution amount ordered pursuant to plea agreement  $ 3,712,000.00

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION:  [4] American Management and Administration Corporation  
CASE NUMBER:  3:23-cr-00148-CVR-004

Judgment — Page __5__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☑  Lump sum payment of $ __3,712,400.00__ due immediately, balance due

    ☐ not later than _____ , or  
    ☑ in accordance with   ☐ C or   ☑ D below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    **Restitution payments are to be made directly to the Clerk - U.S. District Court for the District of Puerto Rico, for transfer to the victim.**

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

**See page 6 of this Judgment.**

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☑  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: **A**

    **Any proceeds of the illegal activity pursuant to 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c), etc., as outlined in paragraph 19 of the written Plea Agreement at ECF No. 7.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4A — Schedule of Payments

DEFENDANT ORGANIZATION: [4] American Management and Administration Corporation  
CASE NUMBER: 3:23-cr-00148-CVR-004

Judgment—Page **6** of **6**

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Cr. 23-148(CVR) - American Management and Administration Corporation (4) Cr. 23-148(CVR) - Walter Pierluisi-Isern (1) Cr. 23-148(CVR) - Eduardo Pierluisi-Isern (2) Cr. 23-148(CVR) - David Vélez-Hernández (3) | | $3,712,00.00 | United States of America |